# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

THIERRY MUSESE

No. 2:25-cr-00013-NT

## INDICTMENT

The Grand Jury charges:

At times relevant to this Indictment:

1) Defendant THIERRY MUSESE was the owner and operator of FRESHCUTZ ("FreshCutz"), a barbershop in Auburn, Maine, from where he also prepared and filed federal income tax returns for himself and others.

2) The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States, and collecting taxes owed to the United States.

3) A Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was an annual income tax return filed with the IRS for the purpose of reporting income and claiming deductions and credits to determine a taxpayer's federal income tax liability or refund.

4) A Schedule C, Profit or Loss from Business (Sole Proprietorship) ("Schedule C"), was an IRS form that could be attached to a Form 1040 when applicable and used by a taxpayer to report gross receipts, expenses, and profit or loss from a business that the taxpayer solely owned and operated. An activity qualifies as a business if the taxpayer's primary purpose for engaging in the activity is for income or profit and

the taxpayer is involved in the activity with continuity and regularity.

5) The IRS permitted taxpayers to claim certain tax credits using forms that attached to Forms 1040. These credits decreased the amount of taxes owed and/or increased the amount of a refund, such as:

   a. Form 4136 was used to claim the Credit for Federal Tax Paid on Fuels. This credit was available for fuel used for off-highway business use. Fuel used for off-highway business use is fuel that was used for a business use other than in a highway vehicle registered or required to be registered for highway use.

   b. Form 5695 was used to claim the Residential Energy Credit. This credit was available for costs for property that used solar energy to generate electricity for use in the taxpayer's home located in the United States.

6) A tax return preparer who is compensated for preparing or assisting in the preparation of Forms 1040 must obtain a Preparer Tax Identification Number ("PTIN") from the IRS. A tax return preparer's PTIN must be listed in the Paid Preparer section of a Form 1040 that the tax return preparer prepared for compensation.

7) An Electronic Filing Identification Number ("EFIN") is a number issued by the IRS to individuals or firms that have been approved to electronically file tax returns. An EFIN is required to file Form 1040s electronically.

## COUNTS ONE – THIRTY-TWO
### Aiding and Assisting the Preparation of False Tax Returns

8) The allegations in paragraphs 1 through 7 are incorporated herein.

9) From at least 2021 through at least 2024, the defendant prepared Forms 1040, including Forms 1040 that included Schedules C, Forms 4136 (Fuel Tax Credits), and/or Forms 5695 (Residential Energy Credits), for other persons in exchange for a

fee. Musese prepared Schedules C that reported false expenses that created a net business loss. Musese prepared Forms 4136 that falsely reported fuel purchased for off-highway business use. Musese prepared Forms 5695 that falsely reported qualified solar electric property costs.

10) These falsities eliminated Musese's taxpayer clients' tax liabilities and/or resulted in tax refunds in amounts to which they were not entitled.

11) In approximately August 2023, the IRS sent Musese a letter notifying him that his EFIN was revoked and that he was expelled from participation in IRS e-file. The letter, in part, stated that "Criminal Investigation has determined that fraudulent returns have been filed utilizing" the EFIN for FreshCutz and that Musese's "conduct violates the requirements to participate in and reflects adversely on IRS e-file."

12) Thereafter, the defendant falsely listed the name, PTIN, and EFIN of another individual on Forms 1040 that the defendant prepared and electronically filed in 2024. Some of these Forms 1040 also included false Schedules C or false filing status which resulted in the defendant's taxpayer clients erasing any tax liability and claiming tax refunds in amounts greater than what they were entitled.

13) On the approximate dates set forth below, in the District of Maine, the defendant,

**THIERRY MUSESE**

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms thereto, for the calendar years

set forth below, which were false and fraudulent as to one or more material matters, in that the tax returns claimed that these taxpayers were entitled under the provisions of the internal revenue laws to claim the filing status, deductions, losses, and tax credits set forth below, whereas the defendant then and there well knew that said taxpayers were not entitled to claim the filing status, deductions, losses, and tax credits in the claimed amounts.

| Count | Approximate Date of Filing | Taxpayer | Tax Year | False Item(s) |
|---|---|---|---|---|
| 1 | March 1, 2023 | Undercover Agent | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 2 | February 3, 2022 | Taxpayer Client #1 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 3 | February 19, 2022 | Taxpayer Client #2 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 4 | February 21, 2022 | Taxpayer Client #3 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 5 | February 22, 2022 | Taxpayer Client #4 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 6 | February 23, 2022 | Taxpayer Client #5 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 7 | March 6, 2022 | Taxpayer Client #6 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 8 | March 7, 2022 | Taxpayer Client #7 | 2021 | • Schedule C, Line 22, Supply Expenses |

| Count | Approximate Date of Filing | Taxpayer | Tax Year | False Item(s) |
|---|---|---|---|---|
| 9 | March 12, 2022 | Taxpayer Client #8 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 10 | March 14, 2022 | Taxpayer Client #9 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 11 | March 14, 2022 | Taxpayer Client #10 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 12 | March 15, 2022 | Taxpayer Client #11 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 13 | March 23, 2022 | Taxpayer Client #12 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 14 | March 30, 2022 | Taxpayer Client #13 | 2021 | • Schedule C, Line 22, Supply Expenses |
| 15 | February 3, 2023 | Taxpayer Client #12 | 2022 | • Schedule C, Line 22, Supply Expenses |
| 16 | February 6, 2023 | Taxpayer Client #5 | 2022 | • Schedule C, Line 22, Supply Expenses |
| 17 | February 6, 2023 | Taxpayer Client #14 | 2022 | • Schedule C, Line 22, Supply Expenses |
| 18 | February 8, 2023 | Taxpayer Client #15 | 2022 | • Schedule C, Line 22, Supply Expenses |
| 19 | February 10, 2023 | Taxpayer Client #8 | 2022 | • Schedule C, Line 22, Supply Expenses |
| 20 | February 13, 2023 | Taxpayer Client #16 | 2022 | • Schedule C, Line 22, Supply Expenses |

| Count | Approximate Date of Filing | Taxpayer | Tax Year | False Item(s) |
|---|---|---|---|---|
| 21 | February 21, 2023 | Taxpayer Client #1 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 22 | February 24, 2023 | Taxpayer Client #11 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 23 | February 27, 2023 | Taxpayer Client #9 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 24 | February 27, 2023 | Taxpayer Client #10 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 25 | February 28, 2023 | Taxpayer Client #17 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>• Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 26 | March 13, 2023 | Taxpayer Client #3 | 2022 | • Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline |

| Count | Approximate Date of Filing | Taxpayer | Tax Year | False Item(s) |
|---|---|---|---|---|
| 27 | March 24, 2023 | Taxpayer Client #6 | 2022 | - Schedule C, Line 22, Supply Expenses<br>- Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline<br>- Form 5695, Line 1, Qualified Solar Electric Property Costs |
| 28 | March 31, 2023 | Taxpayer Client #13 | 2022 | - Schedule C, Line 22, Supply Expenses |
| 29 | April 24, 2023 | Taxpayer Client #2 | 2022 | - Schedule C, Line 22, Supply Expenses |
| 30 | February 15, 2024 | Taxpayer Client #17 | 2023 | - Schedule C, Line 22, Supply Expenses |
| 31 | February 28, 2024 | Taxpayer Client #12 | 2023 | - Filing Status |

All in violation of Title 26, United States Code, Section 7206(2).

COUNTS THIRTY-TWO – THIRTY-THREE

**Filing a False Tax Return**

14) The allegations in paragraphs 1 through 7 are incorporated here.

15) On the approximate dates set forth below, in the District of Maine, the defendant,

**THIERRY MUSESE**

willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service the following false U.S. Individual Income Tax Returns, Forms 1040, which were

7

verified by a written declaration that they were made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the tax returns claimed he was entitled under the provisions of the internal revenue laws to claim the deductions, losses, and tax credits set forth below, whereas the defendant then and there well knew that he was not entitled to claim the deductions, losses, and tax credits in the claimed amounts.

| Count | Approximate Filing Date | Year | False Items |
|---|---|---|---|
| 32 | January 29, 2022 | 2021 | <ul><li>Schedule C, Line 1, Gross Receipts</li><li>Schedule C, Line 22, Supply Expenses</li><li>Schedule C, Line 31, Net Profit</li><li>Schedule 1, Line 10, Total Additional Income</li></ul> |
| 33 | February 22, 2023 | 2022 | <ul><li>Form 4136, Line 1a, Nontaxable Off-Highway Business Use of Gasoline</li><li>Form 5695, Line 1, Qualified Solar Electric Property Costs</li></ul> |

All in violation of Title 26, United States Code, Section 7206(1).

## COUNTS THIRTY-FOUR – FORTY-TWO

### Wire Fraud

16) The allegations in paragraphs 1 through 12 are incorporated here.

17) From at least 2021 through at least and until 2023, in the District of Maine and elsewhere, the defendant devised and intended to devise a scheme to defraud

taxpayer clients listed below in paragraph 24, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

It was part of the scheme that:

18) The defendant electronically submitted taxpayer clients' Forms 1040 to the IRS, where they were processed in Massachusetts.

19) As set forth in paragraph 13, the defendant prepared and filed false Forms 1040 in Maine that claimed inflated refunds for taxpayer clients.

20) Taxpayers can request that their tax refunds be directly deposited in their bank account by listing their bank account information on the Form 1040. Instead of listing the taxpayer clients' bank account information on their Forms 1040, the defendant listed his Republic Bank account information, causing the taxpayer clients' refunds to be diverted to Republic Bank.

21) The defendant instructed Republic Bank of a "tax preparation fee" for each taxpayer client's Form 1040, as listed below in paragraph 24. This caused Republic Bank to divert a portion of the taxpayer clients' refunds, the defendant's "tax preparation fee," to the defendant and the rest of the refund to the taxpayer clients. The taxpayer clients did not authorize the defendant to take the portion of their refund that he diverted to himself, as listed below.

22) For some taxpayer clients listed below in paragraph 24, without adding the false items alleged in paragraphs 9 through 13, the defendant would not have been able to fraudulently divert his intended tax preparation fee because a correct tax return would have resulted in tax due and not a refund.

23) The defendant provided the taxpayer clients listed below in paragraph 24 with "copies" of the Forms 1040 he prepared ("client copies"). In almost every instance, this copy was not the same as the one the defendant filed with the IRS. The defendant attached several pages to the client copies, including a summary page that showed taxpayer clients what their federal tax refund would be. These summary pages listed a tax refund lower than the refund that was generated from the false return the defendant submitted to the IRS.

24) On approximately the dates set for below, in the District of Maine, defendant,

**THIERRY MUSESE**

for the purpose of executing the scheme described above and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the false U.S. Individual Income Tax Returns, Forms 1040, as signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Taxpayer Client | Description of Interstate Wire | Approximate Date of Transmitting False Tax Return | Unauthorized Fee |
|---|---|---|---|---|
| 34 | Taxpayer Client #4 | 2021 Form 1040 from Maine to the IRS in Massachusetts | February 22, 2022 | $1,399 |
| 35 | Taxpayer Client #5 | 2021 Form 1040 from Maine to the IRS in Massachusetts | February 23, 2022 | $1,399 |

| Count | Taxpayer Client | Description of Interstate Wire | Approximate Date of Transmitting False Tax Return | Unauthorized Fee |
|---|---|---|---|---|
| 36 | Taxpayer Client #9 | 2021 Form 1040 from Maine to the IRS in Massachusetts | March 14, 2022 | $500 |
| 37 | Taxpayer Client #10 | 2021 Form 1040 from Maine to the IRS in Massachusetts | March 14, 2022 | $500 |
| 38 | Taxpayer Client #11 | 2021 Form 1040 from Maine to the IRS in Massachusetts | March 15, 2022 | $900 |
| 39 | Taxpayer Client #5 | 2022 Form 1040 from Maine to the IRS in Massachusetts | February 6, 2023 | $1,100 |
| 40 | Taxpayer Client #14 | 2022 Form 1040 from Maine to the IRS in Massachusetts | February 6, 2023 | $1,299 |
| 41 | Taxpayer Client #6 | 2022 Form 1040 from Maine to the IRS in Massachusetts | March 24, 2023 | $1,200 |
| 42 | Taxpayer Client #2 | 2022 Form 1040 from Maine to the IRS in Massachusetts | April 24, 2023 | $1,200 |

All in violation of Title 18, United States Code, Section 1343.

### FORFEITURE NOTICE

25) Upon conviction of any of the offenses in violation of 18 U.S.C. § 1343 set forth in Counts 34 through 42 of this Indictment, the defendant,

THIERRY MUSESE

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations, including, but not limited to: at least $7,998 in United States currency and a money judgment in the amount of such proceeds.

26) If any of the property described above as being forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Date: 2/5/25